### WEBB v. FIFER, TREASURER.

[No. 12,044.  Filed March 18, 1925.  Rehearing denied June 25, 1925.  Transfer denied December 18, 1925.]

From Clark Circuit Court; *James W. Fortune*, Judge.

Action by Charles J. Webb against Ottis B. Fifer as treasurer of Clark county.  From a judgment for defendant, the plaintiff appeals.  *Affirmed.*  By the second division.

*Wilmer T. Fox*, for appellant.
*Burdette C. Lutz*, for appellee.

McMAHAN, J.—The questions involved in this appeal are the same as was involved in *American Mills Co.* v. *Fifer, Treas.* (1925), *ante* 41.  On the authority of taht case we hold there was no error in sustaining the demurrer to appellant's complaint.

Judgment affirmed.